**FILED**

10/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0552

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0552

_____

STEPHANIE KIPFINGER, BEN
CUNNINGHAM, Individually and as Natural
Guardian and Next of Friend of E.C., A Minor,

     Plaintiffs and Appellants,

v.

GREAT FALLS OBSTETRICAL &
GYNECOLOGICAL ASSOCIATES,
and JULIE KUYKENDALL.

     Defendants and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth A. Best, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2022